IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCHOOL DISTRICT OF PHILADELPHIA | : : | CIVIL ACTION |
| v. | : : | |
| TONY A., et al. | : | NO. 02-CV-2838 |

## **O R D E R**

AND NOW, this 9th day of July, 2002, in consideration of the Motion of Defendant Secretary of Education to Dismiss Plaintiff, School District of Philadelphia's Claim against Defendant, Secretary of Education, which was filed June 12, 2002, to which no response has been filed, plaintiff, School District of Philadelphia is informed that unless a response is received by the Court on or before July 19, 2002, the Court may grant the motion as uncontested pursuant to Local Rule of Civil Procedure 7.1(c).

BY THE COURT:

_____
JAMES McGIRR KELLY, J.