IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


SCHOOL DISTRICT OF PHILADELPHIA  :     CIVIL ACTION
                                 :
           vs.                   :
                                 :
TONY A., BY HIS PARENT SHEILA    :     NO. 02-2838
S., et al.

O R D E R

      **AND NOW, TO WIT:** This 29th day of July, 2002, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

      **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

      **IT IS ALSO ORDERED** that all outstanding motions are **DISMISSED AS MOOT.**

                                      **MICHAEL E. KUNZ**, Clerk of Court


                                      **BY:**_____
                                              Arlene L. Quinn
                                              Deputy Clerk


faxed to:                            mailed to:
                                     Beth Ann Smith, Esq.
                                     Kenneth S. Cooper, Esq.
                                     7/29/02 - alq


Civ 2 (8/2000)
41.1(b)